Official Website of the Department of Homeland Security

Report

Main Menu

# Search Results: 1

**JUAN JORDAN CHACON**

**Country of Birth :** El Salvador
**A-Number:** 222516540
**Status :** In ICE Custody
**State:** NY
**Current Detention Facility**: BROOKLYN MDC

*\* Click on the Detention Facility name to obtain facility contact information*

BACK TO SEARCH >

## Related Information

### Helpful Info

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

## External Links

Privacy - Terms



Bureau of Prisons Inmate Locator

DHS.gov  USA.gov  OIG  OpenGov  FOIA  Metrics  No FearAct  Site Map  Site Policies & Plug-Ins